F I L E D
Clerk
District Court

MAY 1 0 2013

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## DEPARTMENT OF JUSTICE

### NOTICE OF LIEN FOR FINE AND/OR RESTITUTION IMPOSED PURSUANT TO THE ANIT-TERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for
the Districts of Guam and the NMI

Serial Number
001

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provision of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

| | | | |
|---|---|---|---|
| Name of Defendant: | Yan Chun Li | Address: | Saipan, MP 96950 |
| SSN: | none | | |
| DOB: | xx-xx-1971 | | |

| | | | |
|---|---|---|---|
| Court Imposing Judgment: | U.S. District Court for the NMI | Amount of Judgment: | $47,015.00 |
| Court Number: | CR-12-00012 | Date of Judgment: | 2-20-2013 |
| | | Entry of Judgment: | 2-20-2013 |

Rate of Interest When Payment is Deferred by Court:   0.17%

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise.
18 U.S.C. § 3612(g).

**IMPORTANT RELEASE INFORMATION**—With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years plus term of imprisonment.

Place of Filing:   U.S. District Court for the Northern Mariana Islands and the Commonwealth Recorder

This notice was prepared and signed at the U.S. Attorney's Office on this, the _____ day of May, 2013.

Signature

_____
MIKEL W. SCHWAB
JESSICA F. CRUZ

Title

Assistant U.S. Attorneys
(671) 472-7332

| UNITED STATES OF AMERICA, | CLERK'S OFFICE | U.S. DISTRICT COURT FOR THE DISTRICT FOR THE NMI SS. |
|---|---|---|

I CERTIFY, that the foregoing is a correct Notice of Lien for Fine and/or Restitution entered or registered by this Court.

Date,   MAY 1 0 2013

_____ HEATHER L. KENNEDY ____, Clerk of Court.

By _____, Deputy Clerk.